ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| EDR Construction LLC | ) ASBCA No. 63552 |
| | ) |
| Under Contract No. W912P8-21-P-0045 | ) |

APPEARANCE FOR THE APPELLANT:     W. Lee Kohler, Esq.
     Kohler Construction Law, APLC
     Metairie, LA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
     Dalton B. Hammond, Esq.
     Engineer Trial Attorney
     U.S. Army Engineer District, New Orleans

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 25, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63552, Appeal of EDR Construction LLC, rendered in conformance with the Board's Charter.

Dated: October 25, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals